**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:<br>TONYA MACKLIN<br>　　　Debtor(s) | ) ) ) ) | Chapter 7<br>Case No. 21-11854-FJB |
| MASSACHUSETTS DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>TONYA MACKLIN,<br><br>　　　Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) | A.P. No. 22-01015-FJB |

**ANSWER OF THE DEFENDANT, TONYA MACKLIN**

1. Affirmed.

2. Affirmed.

3. Affirmed.

4. Affirmed.

5. Affirmed.

6. Affirmed.

7. The Defendant answers that the rate was in fact $615.00 per week for unemployment benefits.

8. The Defendant affirms that her claims between the weeks of February 10, 2018 and ending October 27, 2018 the Defendant certified for the unemployment benefits as required by M.G.L. C. 151a, § 24(c).  Further, the Defendant affirms her responses as indicated in paragraph no. 8.

1

9. The Defendant denies the allegations as set forth in Plaintiff's paragraph no. 9.

10. The Defendant does not possess the requisite knowledge to either affirm or deny the allegations as outlined in Plaintiff's paragraph no. 10.

11. The Defendant affirms the facts as stated in Plaintiff's paragraph no. 11.

12. The Defendant affirms the facts as represented in Plaintiff's paragraph no. 12.

13. The Defendant answers that she was unaware of a Notice of Disqualification regarding unemployment benefits paid as mentioned above.

14. N/A

15. The Defendant answers that she does not recall receiving a Notice of Disqualification.

16. The Defendant can neither affirm or deny the allegations and facts outlined in paragraph no. 16.

17. N/A

18. N/A

19. The Defendant denies that she owes the DUA $5,569.47 in principal and interest.

20. N/A

23. The Defendant acknowledges the facts outlined in Plaintiff's paragraph no. 23.

24. Denied.

25. Denied.

26. N/A

27. Denied.

28. Denied.

WHEREFORE, the Defendant, Tonya Macklin, prays this Court to deny a determination of non-dischargeability of debt under 11 U.S.C. §523 all as outlined above.

April 14, 2022								Respectfully Submitted by
									Counsel for the Defendant

									/s/ Joseph P. Foley
									Joseph P. Foley Esq.
									92 State Street, 7th Floor
									Boston, Massachusetts  02109
									(857) 265-2931
									BBO# 173560

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:<br>TONYA MACKLIN<br>    Debtor(s) | )<br>)<br>)<br>) | Chapter 7<br>Case No. 21-11854-FJB |
| MASSACHUSETTS DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, | )<br>)<br>) | A.P. No. 22-01015-FJB |
| Plaintiff, | ) | |
| v. | )<br>) | |
| TONYA MACKLIN, | )<br>) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

I, Joseph P. Foley, Esq. hereby certify that on April 14, 2022, I served by first class United States mail or electronically, a copy of this **ANSWER OF THE DEFENDANT, TONYA MACKLIN** to the parties on the attached service list.

April 14, 2022

Respectfully submitted by,
Counsel for the Defendant

/s/ Joseph P. Foley
Joseph P. Foley Esq.
92 State Street, 7th Floor
Boston, Massachusetts 02109
857-265-2931
BBO# 173560

## **SERVICE LIST**

John Fitzgerald
Office of the U.S. Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA  02109
USTPRegion01.BO.ECF@USDOJ.GOV

Chapter 7 Trustee
Atty. Gary W. Cruickshank
Law Office of Gary W. Cruickshank
21 Custom Street, Suite 920
Boston, MA  02110

Tonya Macklin
50 Fairlawn Avenue, Apt. B-2
Mattapan, MA 02126

Department of Unemployment Assistance
Atty. John P. Cronin
19 Staniford Street
Legal Dept., 1st Floor
Boston, MA  02114